HARRY SALVIN, as Administrator, etc., of SIDNEY I. SALVIN, Deceased, Respondent, *v.* BERTHA SALVIN, Appellant, Impleaded with the NEW YORK LIFE INSURANCE COMPANY, Defendant.

First Department, December 31, 1914.

See headnote in *Salvin* v. *Salvin* (*ante*, p. 362).

APPEAL by the defendant, Bertha Salvin, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 15th day of October, 1914, resettling a prior order and denying her motion for judgment on the pleadings made after a demurrer had been interposed to the complaint.

*Otto Horwitz*, for the appellant.

*Percy L. Housel*, for the respondent.

DOWLING, J.:

The order appealed from as resettled should be reversed, with ten dollars costs and disbursements, and the motion for judgment for defendant granted, with ten dollars costs, on the opinion in *Salvin* v. *Salvin* (165 App. Div. 362), decided herewith.

INGRAHAM, P. J., MCLAUGHLIN, LAUGHLIN and HOTCHKISS, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and motion for judgment for defendant on the pleadings granted, with ten dollars costs.